|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:08-cr-0353-RLH-RJJ |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| PEDRO JOSE GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

Before this Court is the Report and Recommendation of United States Magistrate Judge (#42, filed January 5, 2010), entered by the Honorable Robert J. Johnston, regarding Defendant's Motion to Suppress (#13). An objection (#47) was filed to Magistrate Judge Johnston's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Johnston should be accepted and adopted.

/ / / /

/ / / /

IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommendation (#42, entered January 2, 2010) is ACCEPTED and ADOPTED, Defendant's Motion is granted as to the suppression of statements made after he was arrested, and denied and in all other respects.

Dated: February 1, 2010.

_____
**ROGER L. HUNT**
**Chief U.S. District Judge**