1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **DISTRICT OF NEVADA**

7 * * *

8 UNITED STATES OF AMERICA, )
)
9 Plaintiff, )          2:08-CR-00353-RLH-RJJ
)
10 vs. )          **O R D E R**
)          (Motion Pursuant to 28 U.S.C. § 2255 To
11 PEDRO JOSE GARCIA, )          Vacate, Set Aside or Correct Sentence
)          By A Person in Federal Custody–#124)
12 Defendant. )
_____ )

13

14       Before the Court is Defendant's **Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set**

15 **Aside or Correct Sentence By A Person in Federal Custody** (#124, filed April 19, 2013) and

16 the Court will exercise its authority under that section to refer this matter to the United States

17 Attorney for a response to the Motion.

18       IT IS THEREFORE ORDERED that Defendant's **Motion Pursuant to 28 U.S.C. §2255**

19 **To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody** (#124) is hereby

20 REFERRED to the UNITED STATES ATTORNEY for a response  within forty-five (45) days of

21 the entry this Order.  Defendant will then have fifteen (15) days thereafter to file a reply to the

22 response of the United States Attorney, and the matter will be referred for decision.

23       DATED: April 23, 2013.

24

25                                                         _____

26                                                         **Roger L. Hunt**
                                                          **United States District Judge**