# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-cr-00353-APG-RJJ |
| Plaintiff | **Order Denying Defendant's Motion** |
| v. | [ECF No. 137] |
| PEDRO GARCIA, | |
| Defendant | |

Defendant Pedro Garcia filed a motion requesting that I order his federal sentence to run concurrent to his state court sentence. ECF No. 137. Garcia was released from federal custody in 2015. Thus, at present, there is no federal custodial sentence to run concurrent to a state court custodial sentence. The Government surmises that Garcia is seeking to have the federal authorities writ him out of state custody to face the federal charge that he has violated conditions of the supervised release imposed in this case. ECF No. 138. The Government correctly points out that it is not required to do so. *Id.* And Garcia offers no authority for that request. Garcia's motion **(ECF No. 137) is therefore DENIED.**

Dated: November 30, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE