# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff

v.

PEDRO GARCIA,

    Defendant

Case No.: 2:08-cr-00353-APG-RJJ

**Order Appointing Counsel and Setting Hearing on Pending Motion**

[ECF Nos. 142, 144, 146, 148, 149]

    Defendant Pedro Garcia is in the custody of the Nevada prison system. In this federal case, he is facing a revocation proceeding for alleged violations of conditions of his federal supervision. ECF Nos. 134, 135, 144. Mr. Garcia filed a motion requesting that any sentence imposed in this revocation proceeding be made to run concurrent to his state court sentence. ECF No. 142.[1] He has consented to a telephonic appearance for any hearings on that motion. ECF No. 148. He also requests that I appoint Federal Public Defender Raquel Lazo as his counsel. ECF No. 149.

    I HEREBY ORDER that Mr. Garcia's motion for appointment of counsel **(ECF No. 149) is granted**. Federal Public Defender Raquel Lazo is appointed as counsel for Mr. Garcia for purposes of his revocation proceedings in this case.

    I FURTHER ORDER that I will hold a telephonic hearing on the petition and addendum for revocation (ECF Nos. 134, 144) and Mr. Garcia's motion to withdraw his earlier motion (ECF No. 146) on **April 8, 2020 at 10:30 a.m**. Mr. Garcia's motion to appear by telephone **(ECF No. 148) is granted**. Participants are to dial into the Audio Conference Line at (877) 336-1831, access code: 6948860, no later than 5 minutes prior to the start of the hearing. The use of cellular or

---

[1] Mr. Garcia subsequently moved to withdraw that motion. ECF No. 146. However, the concerns raised in the motion to withdraw can be remedied by a telephonic hearing. Therefore, I will withhold deciding the motion to withdraw until the telephonic hearing.

speaker phones is prohibited. Ms. Lazo shall coordinate with the Nevada prison system to arrange a phone for Mr. Garcia to use during the hearing.

I FURTHER ORDER Ms. Lazo, the assigned Assistant United States Attorney, and the assigned Probation Officer to confer before the hearing to attempt to negotiate a resolution to all issues surrounding the petition and addendum, in order to make the hearing more efficient.

Dated: March 27, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE