**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>            Plaintiff, )<br>   vs. )<br>      )<br>PEDRO JOSE GARCIA, )<br>      )<br>            Defendant. )<br>      ) | Case No.: 2:08-cr-00353-APG-RJJ |

**ORDER FOR RELEASE/DESTRUCTION OF EXHIBITS**

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court,

IT IS HEREBY ORDERED that counsel shall have until 12:00 PM on **August 1, 2022,** to retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. If exhibits are not retrieved by counsel prior to **August 1, 2022**, the Clerk is authorized to destroy said exhibits on **August 12, 2022**.

**DATED** this 13th day of July, 2022.

_____
Andrew P. Gordon
United States District Judge

Plaintiff's Exhibits received by: _____

Defendant's Exhibits received by: N/A _____

**PLEASE PRINT NAME**:_____Date:_____